MORRIS BRAVERMAN, complainant-appellant,

*v.*

HARRY BRAVERMAN, defendant-respondent.

[Argued February 4th, 1944. Decided April 20th, 1944.]

*Mr. Aaron Heller,* for the appellant.

*Mr. Edward Thomas Moore,* for the respondent.

PER CURIAM.

The action of the Vice-Chancellor in retaining the bill until final hearing is a matter that was well within his discretion and is approved.

The order under review is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 14.

*For reversal*—PERSKIE, J. 1.